FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              *        CHAPTER 13
MITCHEL E. LAPENSON                 *        BANKRUPTCY NO. 16-15399
    Debtor

### O R D E R

AND NOW this 16th day of March, 2017, upon consideration of the annexed Objection to Proof of Claim No. 11 and the Certificate of No Objection filed thereto, it is hereby **ORDERED** and **DECREED** that said Objection is **GRANTED**.

Proof of Claim No. 11 is hereby disallowed.

_____
BANKRUPTCY JUDGE